UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE UNIVERSAL HEALTH SERVICES, INC., DERIVATIVE LITIGATION | : : : : : : : : : : | CIVIL ACTION NO. 17-02187  HONORABLE JOEL H. SLOMSKY |
| This Document Relates to: | | |
| ALL ACTIONS | | |

**JOINT STIPULATION OF DISMISSAL OF DEFENDANT MARVIN G. PEMBER**

It is hereby stipulated by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action is dismissed without prejudice as to all claims brought by Plaintiffs against Defendant Marvin G. Pember, with each party to bear its own attorneys' fees and costs.

Dated: April 17, 2019

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**

 /s/Thomas L. Laughlin (by permission)
Thomas L. Laughlin (*pro hac vice*)
Judith S. Scolnick (*pro hac vice*)
Donald A. Broggi (P.A. I.D. 85514)
Jonathan M. Zimmerman (P.A. I.D. 322668)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
tlaughlin@scott-scott.com
jscolnick@scott-scott.com
dbroggi@scott-scott.com
jzimmerman@scott-scott.com

*Co-Lead Counsel for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

 /s/ Steven A. Reed
Steven A. Reed (Pa. ID 60145)
Jason H. Wilson (Pa. ID 208112)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
steven.reed@morganlewis.com
jason.wilson@morganlewis.com

*Counsel for Defendants*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

  *s/ David Wales* (by permission)
Mark Lebovitch
David Wales (*pro hac vice*)
Adam Wierzbowski (*pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
markl@blbglaw.com
DWales@blbglaw.com
adam@blbglaw.com

*Co-Lead Counsel for Plaintiffs*

**GRANT & EISENHOFER P.A.**

  *s/ John C. Kairis* (by permission)
Michael J. Barry (PA I.D. 69122)
John C. Kairis (*pro hac vice*)
Viola Vetter (PA I.D. 206277)
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile:  (302) 622-7100
mbarry@gelaw.com
jkairis@gelaw.com
vvetter@gelaw.com

*Co-Lead Counsel for Plaintiffs*


Sheryl L. Axelrod (PA I.D. 70959)
**THE AXELROD FIRM, P.C.**
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107
Telephone: (215) 461-1768
Facsimile:  (215) 238-1779
saxelrod@theaxelrodfirm.com

*Liaison Counsel for Plaintiffs*

**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**

  */s/ Gary A. Orseck*
Gary A. Orseck (*pro hac vice*)
Matthew M. Madden (*pro hac vice*)
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
gorseck@robbinsrussell.com
mmadden@robbinsrussell.com

*Counsel for Nominal Defendant Universal Health Services, Inc.*

3

**APPROVED AND SO ORDERED** this _____ day of April, 2019.

                                          BY THE COURT:

                                          _____
                                          HON. JOEL H. SLOMSKY
                                          Senior United States District Judge