# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE UNIVERSAL HEALTH SERVICES, INC., DERIVATIVE LITIGATION | CIVIL ACTION NO. 17-02187 |
| This Document Relates to: | HONORABLE JOEL H. SLOMSKY |
| ALL ACTIONS | |

FILED APR 18 2019
KATE BARKMAN, Clerk
By ___ Dep. Clerk

## JOINT STIPULATION OF DISMISSAL OF DEFENDANT MARVIN G. PEMBER

It is hereby stipulated by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action is dismissed without prejudice as to all claims brought by Plaintiffs against Defendant Marvin G. Pember, with each party to bear its own attorneys' fees and costs.

Dated: April 17, 2019

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**

*/s/Thomas L. Laughlin* (by permission)
Thomas L. Laughlin (*pro hac vice*)
Judith S. Scolnick (*pro hac vice*)
Donald A. Broggi (P.A. I.D. 85514)
Jonathan M. Zimmerman (P.A. I.D. 322668)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tlaughlin@scott-scott.com
jscolnick@scott-scott.com
dbroggi@scott-scott.com
jzimmerman@scott-scott.com

*Co-Lead Counsel for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Steven A Reed*
Steven A. Reed (Pa. ID 60145)
Jason H. Wilson (Pa. ID 208112)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
steven.reed@morganlewis.com
jason.wilson@morganlewis.com

*Counsel for Defendants*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*s/ David Wales* (by permission)
Mark Lebovitch
David Wales (*pro hac vice*)
Adam Wierzbowski (*pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
markl@blbglaw.com
DWales@blbglaw.com
adam@blbglaw.com

*Co-Lead Counsel for Plaintiffs*

**GRANT & EISENHOFER P.A.**

*s/ John C. Kairis* (by permission)
Michael J. Barry (PA I.D. 69122)
John C. Kairis (*pro hac vice*)
Viola Vetter (PA I.D. 206277)
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
mbarry@gelaw.com
jkairis@gelaw.com
vvetter@gelaw.com

*Co-Lead Counsel for Plaintiffs*


Sheryl L. Axelrod (PA I.D. 70959)
**THE AXELROD FIRM, P.C.**
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107
Telephone: (215) 461-1768
Facsimile: (215) 238-1779
saxelrod@theaxelrodfirm.com

*Liaison Counsel for Plaintiffs*

**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**

*/s/ Gary A. Orseck*
Gary A. Orseck (*pro hac vice*)
Matthew M. Madden (*pro hac vice*)
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
gorseck@robbinsrussell.com
mmadden@robbinsrussell.com

*Counsel for Nominal Defendant Universal Health Services, Inc.*

2

**APPROVED AND SO ORDERED** this 17th day of April, 2019.

BY THE COURT:

*Joel Slomsky*
HON. JOEL H. SLOMSKY
Senior United States District Judge



ENT'D APR 1 8 2019