## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE UNIVERSAL HEALTH SERVICES, INC. DERIVATIVE LITIGATION | Civil Action No. 17-cv-2187 |
| This Document Relates To: | Hon. Joel H. Slomsky |
| ALL ACTIONS | |

**FILED**

**JUN 20 2019**

KATE BARKMAN, Clerk
By_____ Dep. Clerk

### [PROPOSED] ORDER GRANTING DEFENDANTS' CROSS-MOTION TO FILE A RESPONSIVE BRIEF

**AND NOW,** this **20th** day of \_\_\_\_**JUNE**_____, 2019, upon consideration of the Defendants' Cross-Motion To File A Responsive Brief, **IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

BY THE COURT:

JOEL H. SLOMSKY
United States District Judge



ENT'D JUN 20 2019