# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE UNIVERSAL HEALTH SERVICES, INC., DERIVATIVE LITIGATION | : : : : : : : : : | CIVIL ACTION NO. 17-02187 <br><br> HON. JOEL H. SLOMSKY |
| This Document Relates To: | | |
| ALL ACTIONS | | |

FILED
JUN 20 2019
KATE BARKAN, Clerk
Dep. Clerk

## [PROPOSED] *JHS* ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

AND NOW, this 20th day of **JUNE**, 2019, upon consideration of Plaintiffs' Motion to Seal the [Proposed] *JHS* Short Supplemental Brief in Further Opposition to Defendants' Motion to Dismiss to Give Further Guidance in Response to the Court's Questions at Oral Argument and Exhibits Attached Thereto Pursuant to Local Rule 5.1.5 (the "Motion") and any response thereto by Defendants, it is hereby

**ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that a public redacted version of Plaintiffs' [Proposed] *JHS* Short Supplemental Brief in Further Opposition to Defendants' Motion to Dismiss to Give Further Guidance in Response to the Court's Questions at Oral Argument shall be filed within 7 days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to seal Plaintiffs' [Proposed] *JHS* Short Supplemental Brief in Further Opposition to Defendants' Motion to Dismiss to Give Further Guidance in Response to the Court's Questions at Oral Argument and the exhibits attached thereto, leaving the docket itself unsealed.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY
Senior United States District Judge

ENTD JUN 2 2019