IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE UNIVERSAL HEALTH SERVICES, INC., DERIVATIVE LITIGATION | CIVIL ACTION NO. 17-2187 |
|---|---|

## ORDER

**AND NOW**, this 19th day of August 2019, upon consideration of Defendants' Motion to Dismiss the Verified Shareholder Derivative Consolidated Amended Complaint (Doc. No. 66), Plaintiffs' Response in Opposition to the Motion (Doc. No. 87), Defendants' Reply Brief (Doc. No. 99), Plaintiffs' Supplemental Brief in Further Opposition to the Motion (Doc. No. 105), Defendants' Response to Plaintiffs' Supplemental Brief (Doc. No. 108), the arguments of the parties at the hearing held on May 31, 2019, and in accordance with the Opinion of the Court issued this day, it is ORDERED that Defendants' Motion to Dismiss the Verified Shareholder Derivative Consolidated Amended Complaint (Doc. No. 66) is **GRANTED** and the Verified Shareholder Derivative Consolidated Amended Complaint (Doc. No. 48) is **DISMISSED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.