IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE UNIVERSAL HEALTH SERVICES, INC., DERIVATIVE LITIGATION | CIVIL ACTION<br>NO. 17-2187 |

## ORDER

**AND NOW**, this 26th day of January 2022, in accordance with the letter dated January 21, 2022, from Michael J. Barry, Esquire, Counsel for Plaintiff, and Matthew Madden, Esquire, Counsel for Defendant, it is **ORDERED** as follows:

1. Plaintiffs' Motion for an Award of Attorney's Fees and Litigation Expenses (Doc. No. 138) is **GRANTED** to the extent that Plaintiffs' counsel is awarded fees and expenses pursuant to Federal Rule of Civil Procedure 54(d)(2) in the total amount of $2,500,000.

2. The Clerk of Court shall docket the attached letter dated January 21, 2022 from Michael J. Barry, Esquire and Matthew Madden, Esquire.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.